UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA MCCOOL,<br><br>　　　　Plaintiff.<br><br>　　v.<br><br>SOUTHWEST AIRLINES, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-03662-JCS<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 13 |

　　　　Pursuant to Civil L.R. 16-2, a case management conference was scheduled on November 8, 2013, before this Court in the above-entitled case.  Plaintiff was not present.  Defendant was present.

　　　　IT IS HEREBY ORDERED that Plaintiff shall appear on **November 22, 2013, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on November 8, 2013, for failure to prosecute, and for failure to comply with the Court's Order of August 7, 2013. A case management conference is also scheduled for **November 22, 2013**, **at 1:30 p.m.**

　　　　IT IS SO ORDERED.

Dated:   November 13, 2013

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge